# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2013

147056

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DEVAUGHN MICHAEL WILSON,
          Defendant-Appellant.

SC: 147056
COA: 310559
Oakland CC: 2005-203202-FC

_____/

On order of the Court, the application for leave to appeal the February 22, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

p0722